# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

In Re:　　　　　　　　　　　　　　　　Case No. 17-12339

　　　　　　　　　　　　　　　　　　　Claim No. : 3

MAUREEN PHILIPS LEBLANC

　　Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| BMW Financial Services NA, LLC | BMW Financial Services NA, LLC |
| P.O. Box 165028 | 4515 N Santa Fe Ave. Dept. APS |
| Irving, TX 75016 | Oklahoma City, OK 73118 |

　　　　　　　　　　　　　　　　　　/s/ Dipika Parmar

Date: 08/09/2018

Creditor's Authorized Agent for BMW Financial Services NA, LLC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing address change document was served via the Bankruptcy Court's electronic filing and notice system on or about the time the address change was filed, to all parties below that are registered to receive electronic notification in the above captioned bankruptcy case.

**Case Information:**

| Debtor: MAUREEN PHILIPS LEBLANC | | | |
|---|---|---|---|
| Street | City | State | Zip |
| 161 MIDDLEBROOK DRIVE | SLIDELL, LA 70458 | | |
| Case Number | Court | Chapter | Filing Date |
| 17-12339 | LOUISIANA | 13 | 08/31/2017 |

**Trustee:**

S J BEAULIEU JR
433 METAIRIE ROAD
SUITE 307
METAIRIE, LA 70005

**Debtor/Attorney for Debtor**

JONATHAN R DETRINIS
4000 BIENVILLE STREET SUITE C-1
NEW ORLEANS, LA 70119

By: /s/ Dipika Parmar
Dipika Parmar
P.O. BOX 201347
Arlington, TX 76006